UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                 :

In Re: CRANE ENTERPRISES LLC,      :

                        Debtor,   :

                                 :      26cv3960 (DLC)
-------------------------------------------  :

                                 :      <u>ORDER</u>

CRANE, et al.,                 :

                     Appellants,  :

              -v-            :

CRANE ENTERPRISES LLC,        :

                     Appellee.  :

------------------------------------------- X

DENISE COTE, District Judge:

On May 15, 2026, the above-captioned case was accepted by this Court as related to three earlier-filed bankruptcy appeals also assigned to this Court, 25cv6793, 25cv9795, and 25cv9809. It is hereby

ORDERED that the appellant shall file a designation of the bankruptcy record on appeal by **May 20, 2026.** The appellee may file a counter-designation of additional items by **May 22.** If the Court does not receive a counter-designation from the appellee by May 22, the bankruptcy clerk shall prepare the record based on appellant's designation and file a notice on the docket when the record of appeal is complete and available electronically.

IT IS FURTHER ORDERED that the appellant shall file its brief by **May 27, 2026.** Any opposition is due by **June 3.** Any reply brief is due **June 5.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 18, 2026

_____
DENISE COTE
United States District Judge