```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 In Re: CRANE ENTERPRISES LLC,           :
                                         :
                      Debtor,            :
                                         :        26cv3960 (DLC)
----------------------------------- :
                                         :            ORDER
 CRANE, et al.,                          :
                                         :
                      Appellants,        :
                                         :
              -v-                        :
                                         :
 CRANE ENTERPRISES LLC,                  :
                                         :
                      Appellee.          :
                                         :
----------------------------------- X
```

DENISE COTE, District Judge:

On May 15, 2026, the above-captioned case was accepted by this Court as related to three earlier-filed bankruptcy appeals also assigned to this Court, 25cv6793, 25cv9795, and 25cv9809. An Order of May 18 set an expedited briefing schedule for the appeal. On May 20, the Debtor moved to dismiss the appeal pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure and requested that the May 18 briefing schedule on the merits of the appeal be suspended until the motion to dismiss is decided. It is hereby

ORDERED that the May 18, 2026 schedule for the designation of the bankruptcy record on appeal and the merits briefing of the bankruptcy appeal remains in place.

IT IS FURTHER ORDERED that Michael and Daniel Crane (collectively, "the Cranes") shall file their appellant's merits brief and any opposition to the May 20 motion to dismiss by **May 27, 2026.**  The Debtor shall file its appellee's merits brief and any reply regarding the motion to dismiss by **June 3.**  The Cranes may then file any merits reply brief by **June 5.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 21, 2026

_____
                 DENISE COTE
         United States District Judge

2