

May 21, 2026

**By ECF**
Honorable Denise L. Cote, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

The Cranes shall file their appellants'
merit brief and opposition to the motion
to dismiss by May 29. The remaining
briefing dates set out in the Order of
May 21 remain unchanged.

*Denise Cote*
5/21/2026

*Re: In Re Crane Enterprises, LLC, Debtor, Appeal, No. 26-cv-03960 (DLC); Continuance*

Dear Judge Cote:

As the Court is aware, the undersigned represents appellants Michael E. Crane and Daniel M. Crane (the "Cranes" or "Appellants") in the above-referenced appeal of the most recent ruling in the main bankruptcy case (in which the bankruptcy court approved the sale of the debtor's sole property over Appellants' objections). The Appellants did timely file their Designation of Contents of the Record in the bankruptcy court on May 18, 2026 as ECF Doc. No. 81 on the Bankruptcy Court docket (copy attached). That Designation indicated that an important document, the transcript of the April 14, 2026 evidentiary hearing regarding the sale order on appeal, was missing and had not yet been provided by the Debtor-Appellee, the prevailing party on the motion.

Counsel for the Debtor-Appellee first responded that it was Appellants' responsibility to provide the transcript to the district court under Bankruptcy Rule 8009 and then, when pressed by the undersigned in a series of emails, confirmed that the transcript had been ordered and has not been received by Debtor-Appellee's counsel. He failed and refused to answer the pointed question of when the transcript had been ordered and on what time frame it was due to be delivered. Accordingly, the undersigned ordered an expedited copy of the transcript today, but given that Monday is a national holiday, the earliest that the transcript will be delivered is on Tuesday May 26 or Wednesday May 27, 2026. The transcript is needed to prepare (not just finalize) the Appellants' Brief and the Appellants' opposition to the Debtor-Appellee's motion to dismiss the appeal as moot (both of which are due to be filed on May 27, 2026 (as per Dkt. Nos. 3 and 6, herein). The undersigned notes that the motion to dismiss was just filed on May 20, 2026, with no advanced notice to the undersigned and no inquiry about briefing schedules.

**Accordingly, the undersigned respectfully requests that the Court grant a continuance of the deadline for the filing of the Appellants' Brief and the Appellants' opposition to the motion to dismiss for one week, until June 3, 2026 (with Debtor-Appellee to file its appellee's merits brief and any reply regarding the motion to dismiss by June 10 and Appellants' merits reply brief by June 15). This schedule adds one extra business day for the reply on the MTD given prior commitments to other clients.**



Counsel for the Debtor-Appellees declined to consent, stating via email "[w]e do not consent to any continuance." This is the Appellants' first request for a continuance on the briefing of this Appeal or the motion to dismiss.

Respectfully Submitted,

Mitchell C. Shapiro

cc: All counsel of record (via ECF)