

May 29, 2026

**BY ECF**

Honorable Denise L. Cote, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

The Cranes shall file their appellants' merits brief and opposition to the motion to dismiss by June 1.  The Debtor shall file its appellee's merits brief and any reply regarding the motion to dismiss by June 5.  The Cranes may then file any reply by June 8.  There shall be no further extensions of this briefing schedule.

*Re: In Re Crane Enterprises, LLC, Debtor, Appeal, No. 26-cv-03960 (DLC); Continuance*

Denise Cote
5/29/2026

Dear Judge Cote:

As the Court is aware, the undersigned represents appellants Michael E. Crane and Daniel M. Crane (the "Cranes" or "Appellants") in the above-referenced appeal of the most recent ruling in the main bankruptcy case (in which the bankruptcy court approved the sale of the debtor's sole property over Appellants' objections) (the "Sale Order").

The Appellants did timely file their Designation of Contents of the Record in the bankruptcy court on May 18, 2026 as ECF Doc. No. 81 on the Bankruptcy Court docket (which record was subsequently filed in this Court as ECF#10 after the Debtor failed to counter-designate any materials) and the undersigned wrote the Court on May 21, 2026, requesting a continuance of the May 27, 2026 deadline for the filing of the Appellants' Brief and the opposition to the Appellees' motion to dismiss the appeal as equitably moot, noting in part that the transcript of the April 14, 2026 evidentiary hearing was missing and that the counsel for the Debtor had refused to cooperate and objected to "any continuance" (without citing any prejudice to the Debtor or anyone else of the reasonable one week adjournment requested in ECF#7). The Cranes paid $1,408 to the transcription service for an expedited transcript, and while a copy of the transcript was delivered, the transcription service has yet to file the certified transcript on the bankruptcy docket and the certified record for the appeal is still incomplete.

Moreover, despite diligent efforts, including the undersigned working more than 12 hours each day this week (and through the entire night on Wednesday), and in part because our appellate printer was already fully booked for the end of this holiday week and unable to provide assistance until Sunday), the Appellants' filings are not complete and ready for filing and likely will not be ready to file before sundown today  **Accordingly, Appellants' regretfully and respectfully request that the Court grant the continuance originally requested in ECF#7, until June 3, 2026 (or at least until Monday, June 1, 2026) for Appellants' filings.**

Respectfully Submitted,

Mitchell C. Shapiro

cc: All counsel of record (via ECF)