**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In Re: CRANE ENTERPRISES LLC,


                            Debtor.
-------------------------------------------------------------------X
 CRANE, et al.,


                            Appellants,                    26 **CIVIL** 3960 (DLC)


        -against-                                          **JUDGMENT**



 CRANE ENTERPRISES LLC,


                            Appellee.
-------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated June 12, 2026, the Cranes' May 13, 2026 appeal is

dismissed as moot. The Debtor's May 20, 2026 motion to dismiss the Cranes' appeal is granted.

**Dated:**  New York, New York
        June 18, 2026

                                              **TAMMI M. HELLWIG**
                                      _____
                                              **Clerk of Court**

                                                  K. mango
                            **BY:**
                                      _____
                                              **Deputy Clerk**